[No. 56139-1-I.  Division One.  April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. S.G., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-04510-1, Philip G. Hubbard, Jr., J., entered April 6, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56196-1-I.  Division One.  April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCUS DEANDRE WILLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-12998-9, Jay V. White, J., entered April 20, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56468-4-I.  Division One.  April 3, 2006.]

FERNANDO E. PEREZ PENA, *Appellant,* v. RAUL MENDEZ ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-01753-0, Laura C. Inveen, J., entered May 31, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Ellington, JJ.

[No. 56575-3-I.  Division One.  April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BURDEAUX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-8-00907-3, Philip G. Hubbard, Jr., J., entered July 6, 2005. *Reversed* by unpublished per curiam opinion.